JOHN S. LEONARDO
United States Attorney
District of Arizona

LISA E. JENNIS (Lisa.jennis@usdoj.gov)
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. 15-8513MJ-001-PHX-JZB |
| v. | **INFORMATION** |
| Craig Dewalt, | VIO: 49 U.S.C. § 46506(2) |
| Defendant. | (Application of Certain Criminal Laws to Acts on Aircraft) |

THE UNITED STATES ATTORNEY CHARGES:

On or about February 27, 2015, in the special aircraft jurisdiction of the United States, Craig Dewalt, while on an aircraft publically and indecently exposed his genitalia while onboard Southwest Airlines flight 333, enroute from Burbank, California to Phoenix, Arizona.

In violation of Title 49, United States Code, Section 46506(2).

Dated this 11th day of December, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Lisa E. Jennis*

LISA E. JENNIS
Assistant U.S. Attorney