JOHN S. LEONARDO
United States Attorney
District of Arizona

LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 15-mj-08513-JZB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| Craig Dewalt, | |
| Defendant. | |

Notice is hereby given, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that the government intends to introduce and use at trial certain confessions, admissions and statements made by the defendant relevant to the matters made issue in this case. See, *United States v. Hall,* 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

With respect any such statement the United States has made available to defense counsel, copies of law enforcement reports and audio which include any confessions, admissions and statements made by the defendant relevant to this certain matter which the United States intends to use at trial.

Respectfully submitted this 19th day of January, 2016.

                                  JOHN S. LEONARDO
                                  United States Attorney
                                  District of Arizona

                                  */s Lisa E. Jennis*
                                  LISA E. JENNIS
                                  Assistant U.S. Attorney

Certificate of Service

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Jeffrey A. Williams